

United States District Court

Northern District of Illinois

Eastern Division

**RECEIVED**

NOV 0 5 2007

NOV 0 5 2007

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

Plaintiff(s): Daniela M. Sardisco

VS.

07cv6245
JUDGE FILIP
MAG. JUDGE DENLOW

Defendant(s): George W. Bush

National Security Council

The Vice President
The Supreme Court of the U.S.
The White house

## Complaint

The president of the United States government has hurt me severely. He told me

threw televised communication that; "Daniela, I eat. I am guilty of the third degree…"

The only problem is that I do not remember to which third degree he mentioned. I do

1

however know that he did use my name on national television. I am hoping he pleads guilty and or has an explanation for himself.

The president's assistant mentioned being incarcerated with Chris Hanns. This all was said on T.V. while I was staying in the Radisson Hotel in South California in the month of December 2006. I should be able to track the receipt if it is necessary to know the exact date.

Not only did George W. Bush cheat on his wife but he is continually involving himself in rape, with Beyonece Knowles, Eminem, and Chris Hanns. They have told me first hand. Chris has also told me he has been raping all of the judges and court officials. Chris Hanns told me this on November 2, 2007. I fear that the legal system be being taken advantage off. They are disrespectful to the law we live by.

negligence is guilt

Daniela Sarotres

306 Charmille Ln. PO Box87 Wood Dale IL 60191 (630)523-3037



# Warning/Complaint

Beyonce, Eminem, Chris Hanns and Carlos Escallante are raping (comes across as sexing) every judge they can get their hands on. Including all civilians and any government officials they meet. Anyone I would have had the pleasure of working with or that I need is being misused and mistreated. They tend to disillusion people into thinking they might want them to come back, and repeat the abuse which is rape that comes across as a abusive sex cycle and then the person forces themselves to think that the rape and physical abuse is a commodity. They are all wrong!  All of this amounts to emotional damage nothing more.

My assailants are known to have gone in the White House. On more than one occasion while the president was asleep.

　　　　　*They also have had sex with him in person!

I was on the Metro on the 30th and 31st of the people on the train while I was told me "we can't even say anything, or stop because Eminem will rape my family or our close friend."  They even threaten with death. My assailants have already killed two of my friends and my grandmother.

1

People are forced not to say anything.  -Eminem threatens to rape the families and close friends of people that do not include themselves with raping Daniela.

I am continually being harassed by every rapper and assailant possible. They need me and tell me many of the *crimes that they have committed.*

I am afraid to admit, but, Christina Aguilera and Lucile Ball are kidnapped and they are getting hit on the head, vulnerable, with no way to help themselves. I feel so bad, I'm injured, help me find them. These assailants are ruining us. I deserve compensation and resources to investigate. Beginning instantly will be beneficial to us all. It is mandatory. Please do not feel as I am overeating, it is just that there are so much unsympathetic and ruthless crime happening. I may have the answers we need. I do have the answers we need. Allow me to guide you. Is this too much to say? My assistance will be worth it.  There are valuable lives at risk. I demand to help. I have held relationships with the earths most detrimental and mind altering Serial rapists, most of which deal with drugs. There time is up join me in the fight to terminate their criminality.

- You need to be aware of what is going on. I need assistance and an investigation is mandatory.  I demand that I be included. Will you make this possible?

I am going threw the worst count of unlawful harassment. My house is completely taped. They have hacked into my computer and phone lines. They have speakers up against hollow walls in my house. All of the air waves make it so when you drive up to my house the radio gives out as soon as you get close to the house. There is an overwhelming shhhh as if too many signals combined.

Daniela Sardiño

2

# Complaint

The governments of foreign counties have been approached with the question of hiring me as the ultimate Queen. I am sure many responsibility come with such a title. I am also aware it will be a way to eliminate war and compromise with each country. I am told that each republic held a unanimous vote deciding for it, what is the best way to approach the government of the United States with this information? Who is liable for my well being, could it be detrimental for me to have been exposed to such information. I do not want to live disillusioned.  Compensate me and honor me for the pain the media and society has caused me.

I would like to be rewarded with the title and resources necessary to complete making earth a better place to live.

306 Charmille Ln/ PO Box 87 Wood Dale IL, 60191 (630)523-3037

**Complaint**

October 27th Jewel Osco 10:00pm

I went out on October 27, 2007 and I was shocked by what I saw. I have never felt so bad in my life. As I walked around people were saying I had to rape Daniela. This one family said they had Daniela at there house and that she gets hit every which way possible. We have to watch her die at night. We even get forced by our parents to join her as she gets hit in the head. They hit us and pee on us while we're awake. I am hurt, the people were saying I raped Daniela's body double, but, she had her eyes closed the whole time. They also admitted to me that Eminem wanted them to get high. What does this mean? He had a way to tell families that are neglected that they should all go to the same place that I was going to be at.   To startle me! I feel horrible these children need medical attention.

An Investigation is necessary.

Over seven kids had misshapen heads some had highly apparent indentations on their foreheads and loss of pigment all over their face and scalp. The parents said it was because the children got hit in the head.

The children told me "we keep getting hit in the head. We were awake when they hit us and we wake up feeling bad." The people made me feel so bad, what am I supposed to do in this type of situation?

As I walked this family go down the lisle there was a little girl that said "I hit him, we want him in, we know you would take him away from us. He has a little pee pee, we suck It." the little boy had a smaller head with indentations all around his head on each side of his skull. The girls said"He keeps getting hit." It was apparent by even, a glimpse that his head was hurt. I am afraid for this little boy. We must investigate one of the little girls said "we live in Itasca." I feel horrible I was afraid to call the cops but I was diffidently alarmed. What should we do now?

1

As I left Jewel a mother told me "my son has a pea shaped head, because I keep it there." He had to eat." "He needs you." "We need you."

I am so happy to know the following information. The Jewel Osco records every minute of the day. I was told by a Jewel associate that all of the tape from October 27, 2007 around 10:00pm will be available.

This will definitely help an investigation take place.

Society is at an all time low I feel horrible; will you help me help these people? I know I can risk getting in trouble if I call DCFS. I once called and they told me that it is a serious defense if I tell on someone. However, I know that any case I talk about should be easily investigated and the family will be convicted of child abuse.

I fear sending children to DCFS because DCFS's reputation is so low. Children are known not to feel comfortable and there are employees of DCFS that rape the children that stay there.

I want to start a new Facility that will raise and educate children until they are able to live on their own. Will the government help me? I want to be involved with the whole process start to finish. A means to investigate will be greatly appreciated to begin with.

I am afraid for the people in town. Compensate me, I'm injured. And I care to dedicate my time and knowledge to the community.

How should I be expected to walk around the public if things so horrid are so apparent? I feel horrible. Help me start a program to help the children of abusive families. Help me gain resources to investigate the public that has beating their children.

People need to be prosecuted.  Children will be saved.

306 Charmille Ln. / PO Box 87, Wood Dale IL 60191(523-3037)

2

United States District Court

Northern District of Illinois

Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.                                    Case No.

Defendant(s):

## Complaint

I need to alert you...

Beyonce' was made to give head every night like clock work at her home while living with her father. The parents began the abuse as soon as she was able to lick. She was made to lick the anal reign too.  The children were forced to grow into being

1

defecated on. They would also be woken up in the middle of the night because the parents were awake and they wanted oral sex again. Beyonce' and her sisters had already fallen asleep; they had school in the morning.

The Knowles children are feeling deathly ill, questioning suicide. Attention to them is necessary. They resort to activities that are aroused with extremely hazardous instigation. I'm scared they are hurt.

Beyonce' Knowles is a role model and an influence on the world. Her label is international and she is known to meet the public personally telling them to defecate on one another and abuse each other to any extent. She is schizophrenic and she knows it. Her behavior is outrageous.

I am personally injured just knowing this information. How can we help this family? I am determined to touch the lives of people that have been sexually abused.

Eminem another one of my assailants; was also raped as a child. He was forced to give his mother oral sex. His step father would tell Marshall to lick his mother's vagina clean before the step father would go in; the swap of saliva was always brought to attention. This would insinuate that they were gay together. Eminem / Marshall Mathers is emotionally distorted. He has issues that need to be death with in a cautious manner. His has stated to the world that he lives his life on death row. This means he is committing crimes that are made for the death sentence. He says he is ready to die. I fear

for his health and for the health of his victims. Marshall is not afraid of death. He releases his anger by demolition. People are getting severely hurt.

Unfortunately, he has turned to drugs and rape everyday of his life. His daughter Hailey has been sold on the child sex market. Eminem started his career by selling sex with his child. The girl needs immediate attention. She is emotionally injured and she disserves compensation alimony and positive attention. I want to be involved with terminating the pain this family is feeling.

*Daniela Saudrea*

306 Charmille Ln, PO Box 87 Wood Dale IL, 60191 (630) 523-3037

**Complaint**

**Evidence of rape and stalking is occurring:** To Me, Daniela Sardisco

My hands have burned so badly all evening on a few different days the last time it

happened a few days later my thumb burned inside out and it hurt under the nail.

Something I used had to be tampered witha

I have sat around feeling like my every pore; inside my nose was slightly

bleeding. Then it feels like I'm sitting high in the bleachers.

Premeni uses air warfare

The beginning of my doorbell always sounds, it is used to harass me spooky.

Who ever is harassing me controlls this

When you drive up to my house at 306 Charmille Ln. the radio gives out as soon

as you get close to the house.

there are too many different speakers invading my priacy

October 28, 2007 I smelled pee all night with a pounding head ache. Beyonce or

her sister yelled 'we get the death sentence, we are all on hitting you so low, we want you

to die, we hit the world, we make people inn sick. The people need you, your cooler than

us, but, we both eat you and rape you, we kept you in our closet you though pay the

whole time, we killed her, we feel so bad.

1

My car has been moved from the time I went to sleep to when I woke up to discovered it was moved.

I have locked the doors to my Range Rover in the night when I parked it and when I waked up the doors were unlocked.

I have found shoe prints and dog prints right on my front porch.

I have come home to my room reeking of urine.

All of my gold jewelry and pricy makeup was stolen out of my bedroom.

I have found urine on my belongings that were found in the trunk of a rental car.

My laptop had my cat's hair all over the keyboard when I woke up. I went asleep with the laptop closed and put away in a zipped compartment.

The radio is all ways hacked by all of my admirers/ rappers that so into me. They have an obsession with me, Daniela. Along with all of the other musical artists that invade on me. The media is head over heels about me. People live alongside with my life.

My Rang Rover has been stolen

All of my gold jewelry was stolen out of my room

I waked up with an extremely dark bruise the size of a bean on my upper thigh.

I have waked up with my fingers numb

I have waked up with my ear cartilage very sensitive in the same spot on both ears.

I have waked up with a hole that was in the process of healing completely tampered with the bacteria that grew in the piercing forced the area to fill with blood under the surface

2

I have waked up with new strains in my neck.

I have waked up with new garbage in my room: a corner of an AA roasted peanut rapper.

I have waked up with bumps on my head; I still have bumps all over my head that are detrimental.

The joints in my hands are all twisted.

I have had sever pains in my knee joints. People are known to hump them while I sleep.

A window in my house was barely open in the night when I went to sleep. When I waked up the window was opened all the way. I was home alone that night.

My gas gauge in the Rang Rover was at a different notch then when I parked it the night before.

Reminders;

I have woke up and found my lighter cleaned off from the sticker that was on it.

I have locked the doors on my Rang Rover and in the morning the doors were unlocked.

I have woke up and found my backpack moved.

I wake up with different flavors in my mouth every day. I have tasted milk, feet, and fungus.

I have started to wake up with my fingers asleep.

I have misshapen fingers with twisted joints!

Papers that I had in a folder were all messed up when I woke up.

3

AA peanut rapper was found in my purse on October 31st

My vagina smells different everyday for a long time now.

I have waked up with a vaginal smell on my hand.

My car has been vandalized car.

I have had people egg my house and write vulgarity in my front yard.

People talk about pee, poo, and hovering, around me.

Choate mentioned putting mop water in the food. (Mark Mathers- Patient)

I have been raped a college guy put cologne in my butt.  My insides hurt.

I have waked up with my roommates perfume on my underpants. She told me she eats.

People have been confessing to be that they raped me. Where will I be able o be safe. My assailants are tracking my every moment. It gets as simple as tracking my cell phone number on a satellite on the internet.

*[signature]*

306 Charmille Ln. PO Box87 Wood Dale IL, 60191 (306)523-3037

4

# Complaint

Pappas

Jimmy was in the basement as we lessened to a few people talk over the speakers into the windows about how they were schizophrenic! On multiple occasions! I feel horrendously ill that People are involved in a movement that consists of raping and defecating on one another. Beyonce' and Eminem lead these people.

Beyonce' and Eminem, and fifty-sixty consistent; other assailants of mine are know to follow me, rape, beat, and defecate on me where ever I fall asleep. Forcing people to join in and get hit.

Following the experience with performing a state called equalizing which clears everything of any visible evidence. This action is associated with Eminem. (Who ever picked to perform this action from a far is considered someone that no one cares about and they are very mean to this person. *Using him to do every **crazy crime** they could think of. )

Eminem and Beyonce remind me and Jimmy about this daily. They Holler into my home all day. This should be a private place; but, is not.

This is what I along with all of my illegal witnesses have heard. Over and over!

1

These people have memory of experiencing; committing, and going threw rape.

Beyonce' and Eminem are affecting the mental activity of each and every person they encounter. They are forcing people to change their normal behavior and perception of what reality is. They are also handing out mood-altering drugs, such as cocaine and marijuana.

People are getting suicidal and extremely **schizophrenic** A severe mental disorder characterized by some, but not necessarily all, of the following features: emotional blunting, intellectual deterioration, social isolation, disorganized speech and behavior, delusions, and hallucinations. A state characterized by the coexistence of contradictory or incompatible essentials. Reference; Dictionary.com.


Beyonce' and Eminem repeatedly admit that they have this illness along with many of their friends and acquaintances.

**The United States is in desperate need of an overwhelming large investigation.**

My bodies along with the bodies of millions are hurt!

There are detrimental assailants on the louse.

Beyonce' kwowls is considering she is dead, in other words, Beyonce' thinks she is dead; she has no respect for herself. She allows people to pee and defecate on her. She is mentally disturbed. No one in their right mind; allows new friends to defecate on their body. This must be an extremely disturbing disadvantage. Defecating is associated with her reputation.

Every household needs to be investigated. People are going threw rape everywhere; Eminem has made it cool and acceptable to hit people on the head with hard objects. Families are falling everywhere. People are psychologically sick.

Beyonce Knowles and Eminem mean the world is ending. They are internationally hitting the world. We are on high alert! People need to be notified. Bewaring people will lower their chances of being hurt with long term affects.

Everyone is getting hurt in so many different ways. People are taking horrendous disadvantages in their lives. The world's assailants have resources of instigating physical pain on people from a far. I have met many people that are to going threw physical pain,

1

while I was on the train I met a man who said: quoting "we believe your body got hit." I know your story and why you go threw physical pain."

That same day in the evening my roommate had the radio on and Bone thugs was playing. Who ever wrote over the music said: "People keep forgetting we hurt you, wow float." "We kept hitting your head, you forget." As I heard the music Carlos's voice hits me in the corner; where the wall is on the garage side. Then Beyonce' cuts in. The harassment must stop my assailants are guilty and their crimes deserve the death penalty.

I feel so sabotaged. Grape Bubble Gum has been taken off the shelves in stores and area I would be. Now it is support to be difficult to find Lemon meringue pie. Lemon Meringue is my favorite type of pie. I also love grape bubblegum.

Every Rapper knows me! They keep taping into my MP3s and my live radio. They admit, "Every rapper threw."

My ex s/ "threat to society" rapists are so gay and so inn. They eat women up like you wouldn't believe. Unfortunately, they force themselves, to eat virgins' everyday! Society is in major risk.

I have been told that Beyonce and Eminem have forced my body double (DNA possible) to date every type of guy. Telling the men to hit her and rape her only. They tell people to wait for the original Daniela to be nice to her.

2

Jimmy Papas has said "Beyonce' typed over your every which word you would have said. Its say, I had to smell bacteria all day."

People are sick. People live and die each day in hopes that I will have the resources to come and save them, taking away any possibility of rape. Even the biggest of men are afraid. Most of all the assailants are acting in the evening after the victim has gone to sleep.

"Go check your frontal lobe." Is what I keep hearing. I have been beaten up and I am in desperate need of an experienced doctor.

"People are dieing, you have to save them. We cry they have reassuring hope everyday." I keep hearing this.

All of my assailants continually tell me they have hurt my frontal lobe and I need to go have it checked on.

The problem is that Beyonce and Eminem say; "we are going to keep hitting you, so your brain might not heal anyway. We have to go to jail and die immediately."

There are people that were blessed with sextuplets. But, the parents decided to hit them all on the head one by one. The children are hurt we need to track down the family and take the procedures necessary. The parents are as good as arrested. I am almost sure they will plead guilty. Help me find them. They have been on national TV live.

3

Beyonce' is performing a scary ritual in front of everyone. All of society knows about it. She walks around all day and night with a DNA possible, version of me; the body is bind and they hit her on the head as entertainment. Beyonce' carries a tile and hits me publicly right on the head and then she has people sit on my face. This is so scary. Not only has Beyonce hit me in public but she has married my body while I was dead and bloody. Beyonce' and Eminem are forcing people to eat raw meat and they are exposing them to traumatic situations. People are all becoming mentally ill. Attention is necessary.

Society keeps informing me. The assailants involved continue typing into everyone's brain, all day long. Forcing people to think certain ways and say certain things.

"Were getting all your body doubles all day long. They're at all different locations with the lowest of people." "Their bodies keep getting hit. You're the most historically huge rape case. Help yourself. You need to collect your bodies you the only one that cares about you." This is said repeatedly by my assailants.

I was on David Street in California and a crew of people walked onto the yard of a house I parked in front of. One of the women said to me, "You hold the stars like you wouldn't believe" after she picked up the baby that was being held. She said that she eats up the child she picked up.  Everything happened so quickly. I was in the house next to them and when I walked out I was by my car. The people sitting with the baby yelled to

4

me. "We know Chris; people just came here and took all your belongings out, we saw them. After I heard this the minivan pulled into the driveway. I walked up to men that were leaving in the minivan first. I kept asking what is going on who was in my truck? The men did not answer me. They pulled away. Then I went to the door of the house the rest of the people went into. There I knocked on the door for over a minute. Then I heard a child crying out "RAPE" I kept knocking harder, screaming: 'what is going on in there? Open the door." As someone cried, "they raped her." Crying.... At this point I knew to be afraid so I called the LAPD, 911. No one showed up. I informed the police of what I heard and they brushed my concern to the side. I fear for that child. She was so cute and vulnerable. The parents must be taking the child for granted.

Celebrities are hurt. They are said to need me. They keep hitting each other. It is hurtful to walk the red carpet; famous people are not comfortable among each other. There are people that are forced to die for my every minute. They have to hit me every time they see me.

**\*Beyonce' and Eminem have made a mockery of me and my name. They defame me in public and among valuable people. They are hurting the world most important minds.**

I am completely harassed all day. Every moment of my day is tampered with. You must help me. *Daniela Sardisco*

306 Charmille Ln, Wood Dale IL 60191 (630)523-3037 PO Box 87