AE

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Daniela Sardisco
306 Charmille Lane
Wood Dale, IL 60191-1939

Plaintiff

v.

George W. Bush

Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FILED
NOV 5 2007
NOV X 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER
07cv6245
JUDGE FILIP
MAG. JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Daniela Sardisco__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 2005
      Monthly salary or wages: $700.00
      Name and address of last employer: Asti's Deli

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.
   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
      Amount_____ Received by_____

   Page 1 of 3

   c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No

Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes  ☒ No

Amount_____ Received by_____
    ☐ Yes  ☒ No

e.  ☐ Gifts or ☐ inheritances  Received by_____
Amount_____
    ☐ Yes  ☒ No

f.  ☐ Any other sources (state source:_____)
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☒ Yes  ☐ No   Total amount: 11,000.00
   In whose name held: D. Sardisco   Relationship to you: Self

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
   Property:_____  Current Value:_____
   In whose name held:_____  Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒ Yes  ☐ No
   Address of property: 306 Charmille Ln
   Type of property: House   Current value: 356.00
   In whose name held: Judy Sardisco   Relationship to you: mother
   Amount of monthly mortgage or loan payments: 1200.00
   Name of person making payments: Judy Sardisco

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☒ Yes  ☐ No
   Property: Range Rover
   Current value: 8,000
   In whose name held: D. Sardisco   Relationship to you: Self

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-05-07

_Daniela Sardisco_
(Signature of Applicant)

Daniela Sardisco
(Print Name)