# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6245 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Daniela M. Sardisco vs. George W. Bush, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff Daniela M. Sardisco's motion for leave to proceed *in forma pauperis* [4] is Denied. This Court dismisses the instant action. Terminating case. (See below for further details).

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Daniela M. Sardisco's ("Sardisco") motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous . . . ." 28 U.S.C. § 1915(e)(2). A complaint is deemed to be "factually frivolous if its allegations are bizarre, irrational or incredible." *Edwards v. Snyder*, 478 F.3d 827, 829 (7th Cir. 2007). Sardisco includes in her *pro se* complaint a rambling diatribe consisting of a series of bizarre and incredible facts. For example, Sardisco alleges that she has personal knowledge of misconduct by "Beyonce, Eminem, Chris Hanns and Carlos Escallante." (Compl. 3). Sardisco also alleges that "Eminem and Beyonce" talk to her daily about a "movement that consists of raping and defecating on one another." (Compl. 15). Sardisco also contends that she knows of "assailants" that "have gone in the White House [o]n more than one occasion while the [P]resident was asleep" and that the President has spoken to her on national television. (Compl. 1-3). In addition, Sardisco alleges that "Christina Aguilera and Lucille Ball are kidnap[]ed and they are getting hit on the head, vulnerable, with no way to help themselves." (Compl. 4). Sardisco claims that "[t]he governments of foreign count[r]ies have been approached with the question of hiring [her] as the ultimate Queen" and she asks "to be rewarded with the title and resources necessary to complete making [the] earth a better place to live." (Compl. 5). These are only a few of the bizarre and incredible allegations included in the complaint. The complaint fails to state any discernable claim and is factually frivolous. Therefore, we dismiss the instant action. Sardisco's motion for leave to proceed *in forma pauperis* is denied as moot.