KC FILED

FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No

Amount: Five billion dollars

Samuel Der-Yeghiayan

→ May I appeal the motion to terminate case No 07 C 6245?

Your response was mangled you were frivolously construing my complaints. There were many serious allegations and I am an informative. It is not that I am having any fun while filing such paper work! I have contacted the United Sates Federal Court House as a final desperate action to respect and justice. My claims may be incredible but there is no other possible way to enforce the law and justice. The police admitted to being criminal and they are obvious and vocal about being careless. I need federal instrumentality now. The suspects are people that I have grown with; they are casual and personally well known people. I have interacted personally with them.

I am aware you too are illegally speaking with suspects; is it time to file against you or may we proceed with the following case? I do not mean to offend you, your honor, but, I am afraid I am already defamed, even as we have already interacted. Defamations are punishable by law. How do you feel? As I began my initial complaint I shared with you, that I am already aware that the offenders; the people I have relations with, and that stalk me, are out, they are not arrested and I told you that they are having intercourse in nymphomania; abscessed with destroying my life.

I have been exploited, harassed, invaded, assaulted, and all our exposed. I am fully aware of what is in action.

Honor, I have experienced endless discernable evidence. My claim was rational and I am completely knowledgeable and an expert witness to say the least. The crimes I discussed so vividly and far from lighthearted, dizzy, fun, or incredible. Snickers celebrated their 75th anniversary and they are acting out illegal! I explained what I saw, tasted, and observed. I did eat over twenty Snickers bars and I have purchased even more Mars candy. It is most defiantly tampered with and I told you I was already aware that dudes were going in to the manufacture and forcing the workers to commit occupational crime as they threaten lives infesting candy that people with buy for children to consume. Are you not concerned? I am so confident; I will purchase new candy bars on the way to court as exhibits. I also have pictures and I am an expert witness, how could you take that away from me.

I have merit, a fare trial, is justice. The president is human and so are celebrities and assaulters; I am a celebrity, does that threaten or amaze you? I speak genuinely the defendants and the suspects have malicious backgrounds. Why in the world would you be spectacle? Marshall

1

You are worried about discernable claims; but, all I have said is true and bunt, I have also mentioned and described numerous witnesses. The crimes have been committed and I have been tampered with. Why are my privileges being limited?

My oxygen on many occasions has forcefully mixed with odors and bacteria by an outside force. Somebody obviously has the means to tampering with someone's air. There is such a thing as a stink bomb and Marshall Mathers is having his fun. I am sure he is not the only one tampering with air. I called this action air warfare, because the phone calls I receive describe the actions as if I am in war with them and they are due to be prosecuted. I have to take legal action for my own wellbeing.

There is no other way to receive justice and protection sufficiently. This is not bizarre people have money and are malicious. I am the butt of their crime and I have clear and solid memories of what I have gone threw. Air warfare doesn't take much to produce. Jimmy Pappas said all you have to do is pee on yarn and burn it in someone's vent. How would you feel if you have pissed on yarn burnt in your home? Would you sue? This type of nastiness is all over the media and in everyone's household.

The government and security counsel are aware and they are not taking any action. Their negligence to act appropriately is guilt at the vary least of malice. I know more though. The dependants are guilty of invasion of privacy, occupational crime, adultery, and withholding incriminating evidence with failure to act when, confronted with federal offenses! They are truly due for prosecution and sentencing.

**I am rational and straightforwardly with my allegations! I have the right to sue and I will do so. I hereby motion the court to appeal the complaint and describe any mistakes to be amended.**

I am a witness and I am aware, hearsay is enough evidence. I have the right to sue. If you believe any of my claims were factually frivolous, I am sure you have more coming to you. There are people injured. I too am seriously hurt! Emotional distress is the half of it… If my claims are incredible it will be amazing for all of us to settle. I have exclusively spoken with many suspects… I have ration and straightforwardness. I hope you realize I am important, planned, and purposeful. What is wrong with what I have stated? Where do you not find, discernable claim and factuality? All I have done is submit blunt and truthful allegations…

Sincere and concerned                                                    -Daniela Maria Sardisco

p.s. I look forward to pleasant prosecutions…

(630)523-3037 Sardisco.d@gmail.com PO Box 87 Wood dale IL, 60191

Mathers and Beyonce Knowls have relations with me and with you. They are true hearted malicious and internationally known! Why is their a question to what I have claimed? This is a federal matter the claim is over seventy five thousand dollars and I am located in a different state then the defendants. My injuries show merit; I am worthy of the jurisdiction you hold. This is upfront and intellectually said.

The first crime that the defendants have committed is that of Malice. The allegations I described were not bizarre what so ever. The pain I suffered the constant physical, emotional and mental distress is due for the lives of each suspect incarcerated and sentenced with life. This is calmly said and underrating to say the least.

The malicious and criminal crimes involved are simply rationing my reasons to motion litigation. What I have stated explains crimes that are guilty of **invasion of privacy under false light**, assault with intentions to kill, rape, attempted murder, acceleration of death, sexual harassment and assault. I am exposed and I need compensation. I need to fund toward protection and my rehabilitation. Americans are to blame all over. My assailants did not only go to officials and governments they harassed and instigated the actions of hospitals and individuals; I have to pass threw on a daily bases. The court has to judge in my favor. My life is truly on the line. I promise the court that I am being legirimate and I am truly in danger. Is this not federal or discernable? People have stalked me. They have vandalized all of my belongings. They have corrupted the police. They have raped full communities. And I am an intellectual; witness and a victim to their crimes. If anything order a lie detector test and prosecutions in front of a jury. My allegations will be parsimoniously testified and legally documented.

It is true I do not have visual evidence to submit on paper but, I do have physical injuries and exhibits of pictures and actual products that I can physically produce in court. I have the mental and social background to support all of my individual claims. It did take me years to prepare and edit all of my typed allegations and random hearsay. I have been emotionally distressed for many years; people take advantage of my straight forward and friskily behavior. I am also hated, taunted, and assaulted; this does nothing for my social, mental, physical, emotional, occupational, and day to day life. My every moment is tampered with; the crimes I allege will only be more than evident when the trials take place. Will you pleas have trust in me... I have only legitimately stated myself.

The defendants are aware and expecting my legal suit. They are partially the reason; I am going forth with legal proceedings. Gosh, could I be any more forced and left without options. I'm uncomfortable, disadvantaged, and in jeopardy. I was hurt I described a bit of all that has happened. Why are you so surprised? It's 2008 and there is such a thing as having a zillion dollars and supplies like chemistry and mechanics; speaker systems and hacking equipment to say the least.

2

To Whom It May Concern:

I do have personal knowledge of misconduct by Beyonce Knowles, Eminem (Marshall Mathers) Chris Hanns, and Carlos Escalante. The world knows I have been dating these people exclusively for too many years considering the circumstances. How would it be bizarre or irrational to know of their misconduct?  ☺

They do not always talk about their actions as a movement but I assure that they are leaders and their actions produce cult like reactions and endless people are involved with their delinquency.

They have all warned me multiple times each that they are up to rape, defecation, defamation, pedophile, they are overdosing people on drugs, and they are included in everything degrading! They instigate hate crimes and they make it possible for everyone to be included and act out illegally.

- Daniela Maria Sardisco

KC F I L E D
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK; U.S. DISTRICT COURT