

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

March 4, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Sardisco -v- Bush

U.S.D.C. DOCKET NO. : 07 cv 6245

U.S.C.A. DOCKET NO. : 08 - 1322

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Sarddisco -v- Bush.

USDC NO.        : 07 cv 6245

USCA NO.        : 08 - 1322

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 4th day of March 2008.

MICHAEL W. DOBBINS, CLERK

By: _____

    D. Jordan, Deputy Clerk

APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06245
## Internal Use Only

Sardisco v. Bush et al
Assigned to: Honorable Samuel Der-Yeghiayan
Cause: 28:1391 Personal Injury

Date Filed: 11/20/2007
Date Terminated: 11/20/2007
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Daniela M. Sardisco**                    represented by **Daniela M. Sardisco**
306 Charmille Lane
P.O. Box 87
Wood Dale, IL 60191
(630) 523-3037
PRO SE

V.

**Defendant**
**George W Bush**

**Defendant**
**National Security Council**

**Defendant**
**The Vice President**

**Defendant**
**The Supreme Court of the U.S.**

Page 1 of 3

**Defendant**

**The White House**

**Service List**                                   represented by **AUSA**
                                                   United States Attorney's Office
                                                   (NDIL)
                                                   219 South Dearborn Street
                                                   Suite 500
                                                   Chicago, IL 60604
                                                   (312) 353-5300
                                                   Email:
                                                   USAILN.ECFAUSA@usdoj.gov
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | RECEIVED Complaint and 3 copies by Plaintiff Daniela M. Sardisco. (smm) (Entered: 11/06/2007) |
| 11/05/2007 | 2 | CIVIL Cover Sheet. (smm) (Entered: 11/06/2007) |
| 11/05/2007 | 3 | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (smm) (Entered: 11/06/2007) |
| 11/05/2007 | 4 | APPLICATION and financial affidavit by Plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (smm) (Poor Quality Original - Paper Document on File.) (Entered: 11/06/2007) |
| 11/19/2007 | 5 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Samuel Der-Yeghiayan for all further proceedings. Signed by Executive Committee on 11/19/2007. (See order for details). Mailed notices.(vcf, ) (Entered: 11/19/2007) |
| 11/20/2007 | 6 | MINUTE entry before Judge Samuel Der-Yeghiayan :Plaintiff Daniela M. Sardisco's motion for leave to proceed in forma pauperis 4 is denied. This Court dismisses the instant action. Terminating case. (See below for further details). Civil case terminated. Mailed notice (smm) (Entered: 11/26/2007) |
| 02/08/2008 | 7 | NOTICE of appeal by Daniela M. Sardisco regarding orders 6 (Fee Due) (dj, ) (Entered: 02/11/2008) |
| 02/11/2008 | 8 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/11/2008)~~ |
| 02/11/2008 | 9 | ~~TRANSMITTED to the 7th Circuit the short record on notice of~~ |

| | | appeal7. Notified counsel (dj, ) (Entered: 02/11/2008) |

**KEY**

```
All items are included in this record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```