# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 10, 2008

By the Court:

| | |
|---|---|
| IN RE:<br>   DANIELA M. SARDISCO,<br>      Plaintiff-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6245<br>]<br>] Samuel Der-Yeghiayan,<br>]     Judge |
| No. 08-1322 | |

**FILED** MAR 1 2 2008

MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

The following is before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on March 7, 2008, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

U.S.C.A. – 7th Circuit
RECEIVED
MAR 7 2008 RMS
GINO J. AGNELLO
CLERK

Sardisco, Daniel
07 C 6245

v.　Case No. 08 1322 Appeal

George W. Bush et al...

) Appeal from the United States District Court for the
) __Northern__ District of _____
)
) District Court No. _____
)
) District Court Judge _____

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _Daniela Sardisco_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2-30-08

My issues on appeal are: Defamation, harassment, Abuse, Malpractice, Invasion of privacy, Adultry, and Malice!

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ NA | $ 0 | $ NA |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

U.S.C.A. – 7th Circuit
FILED
MAR 0 7 2008 DDS
GINO J. AGNELLO
CLERK

1

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Nicole Bedrzycki | 6000.00 | — |
| Tony Sardisco | 42,000.00 | — |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 150 | $ |
| Food | $ 300 | $ |
| Clothing | $ 125 | $ |
| Laundry and dry-cleaning | $ 40 | $ |
| Medical and dental expenses | $ 150 | $ |
| Transportation (not including motor vehicle expenses | $ 500 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 170 | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 120 | $ |

3

|   |   |   |
|---|---|---|
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor vehicle | $ 300 | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): _____ | $ 0 | $ |
| Department store (name): _____ | $ 15 | $ |
| Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 350 | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ about 2,300 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes  [ ] No  If yes, describe on an attached sheet.  With Compensations

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No  If yes, how much? $ _____ Not Sure

If yes, state the attorney's name, address, and telephone number:

I have been and am discriminated against

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

I am not sure, Maybe a typist or paralegal as needed.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have many doctors bills and I am seriously injured more than I am sure you are thinking

13. State the address of your legal residence.

306 Charmine Wood Dale IL 60191 my Mother Judy Sarotese lives here. She is criminal very abuse and against anyones civil Rights. She throws me out time and time again. She is lying to people about what I might be thinking

Your daytime phone number: (630) 523-1057
Your age: 22   Your years of schooling: 14
Your social-security number: 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