## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6245 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Daniela M. Sardisco vs. George W Bush | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed on appeal in forma is denied.

■[ For further details see text below.]      Docketing to mail notices.

### STATEMENT

    This matter is before the court on Daniela M. Sardisco's ("Sardisco") motion for leave to proceed on appeal *in forma pauperis*. Sardisco indicates on her *in forma pauperis* application form that she has no income and no money in bank accounts. Sardisco also states that in the past twelve months, she has received no income from any source. (IFP Par. 1). However, Sardisco also indicates on her *in forma pauperis* application form that her average monthly expenses for items such as her motor vehicle, insurance, laundry, food, and recreation total approximately $2,300. (IFP Par. 8). If Sardisco has monthly expenses of $2,300, then she has failed to explain how she is able to pay the expenses since she has indicated on her *in forma pauperis* application form that she has no income or money. Thus, Sardisco failed to identify the income on her *in forma pauperis* application form that she uses to pay her average monthly expenses. Sardisco also indicates on her *in forma pauperis* application form that she expects a major change in her monthly income during the next twelve months "with compensations." (IFP Par. 9). However, Sardisco does not explain what she means by the phrase "with compensations." (IFP Par. 9). Sardisco has thus failed to provide the court with sufficient information to determine whether the court should grant her motion for leave to proceed on appeal *in forma pauperis*, and we deny the motion.