# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CIRCUIT RULE 3(b) NOTICE**

Date: March 20, 2008

No. 08-1322

IN RE:
    DANIELA M. SARDISCO,
        Plaintiff - Appellant

```
                                        F I L E D
                                        Mar 21, 2008
                                        MAR 2 1 2008
                                            tC
TO:    Daniela M. Sardisco
       306 Charmille Lane          MICHAEL W. DOBBINS
       P.O. Box 87               CLERK, U.S. DISTRICT COURT
       Wood Dale, IL  60191
```

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 6245, Samuel Der-Yeghiayan, Judge

    This court's records indicate that on 3/19/08. the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

    **WITHIN THE NEXT 30 DAYS YOU MUST EITHER:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 filing fee ($455.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by an affidavit in the form of a sworn statement listing your assets and income.

    **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)