

DoClerk Cttt

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 14, 2008

Before

FRANK H. EASTERBROOK, Chief Judge

DANIEL A. MANION, Circuit Judge

TERENCE T. EVANS, Circuit Judge

**F I L E D**

MAY 1 5 2008  YM
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| No.: 08-1322 | DANIELA SARDISCO, Plaintiff - Appellant v. GEORGE W. BUSH, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:07-cv-06245 Northern District of Illinois, Eastern Division District Judge Samuel Der-Yeghiayan | |

Appellant has filed a motion to proceed in forma pauperis on appeal. This court has carefully reviewed the final order of the district court, the record on appeal, appellant's motion to proceed in forma pauperis, and the appellant's other pending motions. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions

Appeal No. 08-1322                                                                    Page 2

papers and record where briefing would be a waste of time and no member of the panel
desires briefing or argument).

Accordingly, **IT IS ORDERED** that the motion to proceed in forma pauperis and
other pending motions are **DENIED**, and the final order of the district court is summarily
**AFFIRMED**.

form name: **c7_Order_3J** (form ID: **177**)