

**CERTIFIED COPY**

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 · 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 14, 2008

Before

FRANK H. EASTERBROOK, Chief Judge

DANIEL A. MANION, Circuit Judge

TERENCE T. EVANS, Circuit Judge



FILED
JUL 08 2008 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1322 | DANIELA SARDISCO,<br>Plaintiff - Appellant<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06245
Northern District of Illinois, Eastern Division
District Judge Samuel Der-Yeghiayan

  Appellant has filed a motion to proceed in forma pauperis on appeal. This court has carefully reviewed the final order of the district court, the record on appeal, appellant's motion to proceed in forma pauperis, and the appellant's other pending motions. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions

Appeal No. 08-1322 Page 2

papers and record where briefing would be a waste of time and no member of the panel desires briefing or argument).

Accordingly, **IT IS ORDERED** that the motion to proceed in forma pauperis and other pending motions are **DENIED**, and the final order of the district court is summarily **AFFIRMED**.

form name: c7_Order_3J (form ID: 177)